[No. 30279-2-III.   Division Three.   April 16, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JOEL RODRIGUEZ RAMOS, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 93-1-01281-6, F. James Gavin, J., entered September 16, 2011. *Reversed* and *remanded* by unpublished opinion per Siddoway, J., concurred in by Kulik, J.; Korsmo, C.J., concurring separately.

[Nos. 28953-2-III; 28955-9-III.   Division Three.   April 18, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DIMITRI REY MANDAPAT, *Appellant*.

Appeals from a judgment of the Superior Court for Yakima County, No. 08-8-00424-5, Susan L. Hahn, J., entered March 26, 2010. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Kulik and Siddoway, JJ.

[No. 29899-0-III.   Division Three.   April 18, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD DUANE BUNCH, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 08-1-00277-1, Michael E. Cooper, J., entered May 9, 2011. *Affirmed in part* and *reversed in part* by unpublished opinion per Kulik, J., concurred in by Korsmo, C.J., and Siddoway, J.

[Nos. 30475-2-III; 30477-9-III.   Division Three.   April 18, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. TONY ALLEN BARCLAY, *Appellant*.

Appeals from a judgment of the Superior Court for Walla Walla County, No. 11-1-00326-1, Donald W. Schacht, J., entered December 19, 2011. *Affirmed in part* and *remanded* by unpublished opinion per Korsmo, C.J., concurred in by Brown and Siddoway, JJ.